# UNITED STATES BANKRYPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
BERNARD FREDERICK REIKE, JR.  
aka BERNIE F. REIKE, JR.  
    Debtor.

Chapter 13  
  Case No. 17-24877-BEH

OBJECTION TO MOTION BY FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORAGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA FOR THE RELIEF FROM AUTOMATIC STAY AND ABANDONMENT  
RE: PROPERTY LOCATED AT:  
27113 112TH Street, Trevor, Wisconsin 53179-9686

Debtor Bernard (Bernie) Reike Jr. by and through his Attorney James F. Lisowski Sr. of Upright Law hereby files his objection to the Instant Motion for Relief of Stay and in support thereof alleges and states as follows;

1. Debtor filed his Chapter 13 Bankruptcy Petition on May 16, 2017 and an Order for Relief was entered.

2. Post-petition Debtor received correspondence directly from the Movant indicating what his new mortgage payment would be and that his first payment would be due August 1, 2017 (see Attached Exhibit A).

3. Relying in good faith on this correspondence from the Movant, debtor tendered three payments on the subject property for the months of August, September and October (see Attached Exhibit B).

4. Until the filing of this Motion Debtor was unaware that Movant was seeking additional post-petition payments from the Debtor.

5. Debtor is willing to Amend the Chapter 13 plan to include any reasonable post-petition averages on this Mortgage.

6. The Debtor should not be punished by losing his home of twenty years based on his detrimental reliance on the post-petition mortgage notice sent directly to him by the Movant.

7. The Debtor further contends that any alleged missed payments do not amount to cause under 11 USC §§ 362(d) for purposes of lifting the stay. Debtor has acted in goof faith, made three payments and is willing to made up any additional post-petition arrearages. Movant has and continues to be adequately protected.

Wherefore Debtor respectfully request that the Movant's Motion be denied: that in the alternative that a hearing be set by the Court on this matter: and for any other relief the Court may so grant.

Respectfully Submitted,

_____

James F. Lisowski Sr.

Upright Law

Bar No. 1020823

4810 S. 76th Street

Suite 203

Greenfield, WI 53220

(414)526-9552

UNITED STATES BANKRYPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
BERNARD FREDERICK REIKE, JR.  
aka BERNIE F. REIKE, JR.  
    Debtor.

Chapter 13  
Case No. 17-24877-BEH

## CERTIFICATE OF SERVICE

I hereby certify on October ___, 2017 the Debtor's Objection to Relief of Automatic Stay Filed by the National Mortgage Association ("Frannie Mae") in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system.

    Office of the U.S. Trustee

    Scott Lieske Chapter 13 Trustee

    D. Alexander Martin

I further certify that I have mailed by the United States Postal Service, first class postage prepaid to the same participant.

D. Alexander Martin

O' Dess and Associates S.C.

1414 Underwood Ave, Suite 403

Wauwatosa, WI 53213

Dates at Greenfield, Wisconsin this ___ day of _____ 2017.

                                                    James F. Lisowski Sr.

# Exhibit A

**seterus**™

PO Box 1077
Hartford, CT 06143-1077

8-769-24436-0000341-001-1-000-000-000-000    L913

BERNIE F REIKE
27113 112TH ST
TREVOR WI 53179-9686

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866.570.5277

### ESCROW ACCOUNT STATEMENT

| | Analysis Date: | 05/19/17 |
| | Loan Number: | 28391525 |
| Current Payment | | New Payment Effective 08/01/17 |

| Principal and Interest | $579.13 | Principal and Interest* | $579.13 |
| Escrow | $415.54 | Escrow | $388.32 |
| Total Current Payment | $994.67 | Total NEW Payment* | $967.45 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on May 16, 2017. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS August 2017 to July 2018 | |
|---|---|
| TOWN | $3,468.81 |
| FLOOD INS | $456.00 |
| HAZARD INS | $735.00 |
| **Total Disbursements** | **$4,659.81** |

| Bankruptcy File Date | May 16, 2017 |
|---|---|
| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $1,236.91 |

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,522.94 |
| Post Petition Beg Bal* | | | | $2,759.85 |
| 08/01/2017 | 388.32 | 0.00 | | 3,148.17 |
| 09/01/2017 | 388.32 | 0.00 | | 3,536.49 |
| 10/01/2017 | 388.32 | 0.00 | | 3,924.81 |
| 11/01/2017 | 388.32 | 0.00 | | 4,313.13 |
| 12/01/2017 | 388.32 | 3,468.81- | TOWN | 1,232.64 |
| 12/01/2017 | 0.00 | 456.00- | FLOOD INS | 776.64 |
| 01/01/2018 | 388.32 | 0.00 | | 1,164.96 |
| 02/01/2018 | 388.32 | 0.00 | | 1,553.28 |
| 03/01/2018 | 388.32 | 735.00- | HAZARD INS | 1,206.60 |
| 04/01/2018 | 388.32 | 0.00 | | 1,594.92 |
| 05/01/2018 | 388.32 | 0.00 | | 1,983.24 |
| 06/01/2018 | 388.32 | 0.00 | | 2,371.56 |
| 07/01/2018 | 388.32 | 0.00 | | 2,759.88 |
| **Total** | **$4,659.84** | **$4,659.81-** | | |

The escrow account has a pre-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the proof of claim (POC) and will be collected as part of your pre-petition plan payment.

# Exhibit B



# Check

Front



Back

| Post date | Check # | Check amount |
|---|---|---|
| Aug 7, 2017 | 1242 | $967.45 |

https://secure07a.chase.com/web/auth/dashboard#/dashboard/accounts/activity/withdrawalDetails    1/2



## Check

---

Front



Back



**Post date**  
Sep 18, 2017

**Check #**  
1246

**Check amount**  
$967.45

**FROM:** (PLEASE PRINT) PHONE ( )
BERNIE RAKE JR
27113 112th ST TREVOR WI
53179

**PAYMENT BY ACCOUNT** (if applicable)
USPS Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
- SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
- Delivery Options
  - No Saturday Delivery (delivered next business day)
  - Sunday/Holiday Delivery Required (additional fee, where available*)
  - 10:30 AM Delivery Required (additional fee, where available*)
  - *Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )
PETERUS INC
P.O. BOX 54420
LOS ANGELES CA, 90054

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

---

EL 649611707 US

**UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 53192 | 10-17-17 | $ 23.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 10-16-17 | ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | $ — | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 11:15 ☐ AM ☐ PM | $ | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ — | $ — | |

| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| lbs. 3 ozs. | | AM | $ 23.75 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016 | PSN 7690-02-000-9996 | 2-CUSTOMER COPY

UNITED STATES BANKRYPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
BERNARD FREDERICK REIKE, JR.  
aka BERNIE F. REIKE, JR.  
    Debtor.

Chapter 13  
Case No. 17-24877-BEH

## CERTIFICATE OF SERVICE

I hereby certify on October 19, 2017 the Debtor's Objection to Relief of Automatic Stay Filed by the National Mortgage Association ("Frannie Mae") in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system.

    Office of the U.S. Trustee

    Scott Lieske Chapter 13 Trustee

    D. Alexander Martin

I further certify that I have mailed by the United States Postal Service, first class postage prepaid to the same participant.

D. Alexander Martin

O' Dess and Associates S.C.

1414 Underwood Ave, Suite 403

Wauwatosa, WI 53213

Dates at Greenfield, Wisconsin this 19 day of October 2017.

                                                              James F. Lisowski Sr.