UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
BERNARD FREDERICK REIKE, JR.                    Chapter 13
a/k/a BERNIE F. REIKE, JR.                      Case No. 17-24877-BEH
        Debtor.

---

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

---

      <u>Bernard Frederick Reike, Jr.</u> *(Debtor)* filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

      **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

      File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court<br>
517 E. Wisconsin Avenue<br>
Room 126<br>
Milwaukee, WI 53202-4581

      If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

*James F. Lisowski, Sr.*
*Lisowski Law Firm, S.C.*
*4810 S. 76th Street, Suite 203*
*Greenfield, WI 53220*
*Phone No. (414) 616-1155*
*Email <u>lisowskilaw@aol.com</u>*

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

   _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
   __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

   Plan payment has increased to $510.00 per month so that the proposed fixed payment on mortgage arrears will fully amortize the claims during the life of the plan. The new fixed payment to Setherus under the plan will be $215.96 to fully amortize the claim over 60 months. Setherus is the only Creditor effected by this modification to the Plan.

   The Plan payment has been amended to be in conformance with the Chapter 13 Trustee's objection.

   1. Debtor has already made one payment of $600.00.
   2. Debtor has already made seven payments of $510.00.
   3. Debtor will make 52 payments of $420.00 per month which equals his disposable income as indicated on the most recent budget on Schedule J.

   The Debtor will be able to make all payments under this proposed amendment and will comply with the terms of the proposed plan
   11 U.S.C. § 1325(a)(6).

   All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

   WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

## CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted January 25, 2018.


/s/ James F. Lisowski, Sr.
James F. Lisowski, Sr.
Attorney for Debtor
Lisowski Law Firm, S.C.
4810 S. 76th Street, Suite 203
Greenfield, WI 53220
(414) 616-1155
lisowskilaw@aol.com

# EXHIBIT A

| Debtor 1 | **Bernard Frederick Reike, Jr.** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known): **17-24877**

☐ Check if this is an amended filing

# Official Form Plan for the Eastern District of Wisconsin
# Chapter 13 Plan

10/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not mean that the option is necessarily appropriate for you. Plans that do not comply with local rules and judicial rulings may not be confirmable. Nothing in this plan controls over a contrary court order.

**THIS FORM PLAN MAY NOT BE ALTERED OTHER THAN THE NONSTANDARD PROVISIONS IN PART 8 BELOW.**
*Nonstandard provisions set out elsewhere in this plan are ineffective.*

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.
You should read this plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation. The objection must be filed within 28 days of the completion of the Section 341 Meeting of Creditors. Failure to file a timely objection constitutes acceptance of the plan and its terms. The court will schedule a hearing on any timely filed objections. The court may confirm this plan without further notice if no objection is filed. In addition, a timely proof of claim **must** be filed in order to receive payments from the trustee under this plan.

**Note to Secured Creditors:** If your secured claim is not provided for in Part 3 below, no funds will be disbursed to you by the trustee on your secured claim.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective even if otherwise provided for in the plan.*

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | ☐ Included | ■ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8 | ☐ Included | ■ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1** Debtor(s) will make regular payments to the trustee as follows:

$510.00 per month for 7 months
$600.00 per month for 1 months
$420.00 per month for 52 months
*Insert additional lines if needed.*

The plan may not provide for payments over a period that is longer than 60 months.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In the Matter of:
BERNARD FREDERICK REIKE, JR.
a/k/a BERNIE F. REIKE, JR.
Debtor.

Chapter 13
Case No. 17-24877-BEH

## CERTIFICATE OF SERVICE

I hereby certify on January 25, 2018 the Debtor's Notice and Request to Amend Unconfirmed Chapter 13 Plan in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system.

> Office of the U.S. Trustee
>
> Scott Lieske Chapter 13 Trustee
>
> D. Alexander Martin

I further certify that I have mailed by the United States Postal Service, first class postage prepaid to the same participant.

> See attached Creditor Mailing Matrix

Dated at Greenfield, Wisconsin this 25th day of January 2018.

/s/ James F. Lisowski, Sr.
James F. Lisowski, Sr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 17-24877-beh<br>Eastern District of Wisconsin<br>Milwaukee<br>Thu Jan 25 13:26:22 CST 2018 | Seterus, Inc. as the authorized subservicer<br>c/o O'Dess and Associates, S.C.<br>Attn: D. Alexander Martin<br>1414 Underwood Ave., Suite 403<br>Wauwatosa, WI 53213-2653 | Wells Fargo Bank, N.A. d/b/a Wells Fargo Dea<br>c/o Stewart, Zlimen & Jungers<br>2860 Patton Road<br>Roseville, MN 55113-1100 |
| Aurora Medical Center<br>c/o Professional Placement Services, LLC<br>P.O. Box 612<br>Milwaukee, WI 53201-0612 | Capitol One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Sterling Jewelers Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Seterus<br>P.O. Box 1077<br>Hartford, CT 06143-1077 | Seterus, Inc.<br>P.O. 2008<br>Grand Rapids, MI 49501-2008 | Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 |
| Wisconsin Department of Revenue<br>Special Processing MS4-SPU<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Bernard Frederick Reike Jr.<br>27113 112th St.<br>Trevor, WI 53179-9686 | James F Lisowski Sr.<br>Upright Law<br>4810 S 76th Street<br>Suite 203<br>Greenfield, WI 53220-4356 |
| Scott Lieske<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 |