# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In the Matter of:
BERNARD FREDERICK REIKE, JR.               Chapter 13
a/k/a BERNIE F. REIKE, JR.                     Case No. 17-24877-BEH
          Debtor.

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

          Bernard Frederick Reike, Jr.      *(Debtor)* filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

          **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

          If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

          File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

          Clerk of Bankruptcy Court
          517 E. Wisconsin Avenue
          Room 126
          Milwaukee, WI 53202-4581

          If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of 21 days.

          If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

*James F. Lisowski, Sr.*
*Lisowski Law Firm, S.C.*
*4810 S. 76th Street, Suite 203*
*Greenfield, WI 53220*
*Phone No. (414) 616-1155*
*Email lisowskilaw@aol.com*

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    X A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or

    __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court has previously been amended as follows:

    Docket 32 10/24/2017:

    To pay the mortgage payment on debtor's residence outside of the plan. To pay the debtor's automobile payments through the plan.

    Docket 41 11/11/2017:

    Plan payments has increased to $510.00 per month so that the proposed fixed payments on mortgage arrears will fully amortize the claims during the life of the plan. The new fixed payment to Setherus under the plan will be $215.96 to fully amortize the claim over 60 months. Setherus is the only Creditor effected by this modification to the Plan.

    Docket 45 1/25/2018:

    A) Debtor has already made one payment of $600.00.

    B) Debtor has already made seven payments of $510.00.

    C) Debtor will make 52 payments of $420.00 per month which equals his disposable income as indicated on the most recent budget on Schedule J.

4. The Debtor now amends this Plan as follows:

    A) Debtor will pay to the Trustee $510.00 per month for the remaining 35 months of the plan.

    B) The Secure Claim of Wells Fargo Dealer Services on Debtor's 2007 Chevrolet Equinox shall receive pre-confirmation adequate protection payments and post confirmation payments of $244.44 per month until paid in full.

    C) After the payment of all Chapter 13 Trustee Fees, fixed payments to Wells Fargo Dealer Services, and Debtor's remaining Attorney's Fees, all available fund shall be paid to Seterus for the arrearage on Debtor's primary residence, until paid in full.

D) Non-priority unsecured creditors with allowed claims shall be paid not less than $411.20.

E) Any time after the plan has reached 36 months, all administrative and secured claims have been paid in full and the non-priority unsecured creditors have been paid the amount specified above, the plan shall terminate.

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

**CERTIFICATION**

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted May 16, 2018.


/s/ James F. Lisowski, Sr.
James F. Lisowski, Sr.
Attorney for Debtor
Lisowski Law Firm, S.C.
4810 S. 76th Street, Suite 203
Greenfield, WI 53220
(414) 616-1155
lisowskilaw@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:
BERNARD FREDERICK REIKE, JR.
a/k/a BERNIE F. REIKE, JR.
    Debtor.

Chapter 13
Case No. 17-24877-BEH

**CERTIFICATE OF SERVICE**

I hereby certify on May 16, 2018 the Debtor's Notice and Request to Amend Unconfirmed Chapter 13 Plan in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system.

    Office of the U.S. Trustee

    Scott Lieske Chapter 13 Trustee

    D. Alexander Martin

I further certify that I have mailed by the United States Postal Service, first class postage prepaid to the same participant.

    See attached Creditor Mailing Matrix

Dated at Greenfield, Wisconsin this 18th day of May 2018.

                                                               /s/ *James F. Lisowski, Sr.*
                                                              James F. Lisowski, Sr.

Label Matrix for local noticing
0757-2
Case 17-24877-beh
Eastern District of Wisconsin
Milwaukee
Wed May 16 18:42:31 CDT 2018

Seterus, Inc. as the authorized subservicer
c/o O'Dess and Associates, S.C.
Attn: D. Alexander Martin
1414 Underwood Ave., Suite 403
Wauwatosa, WI 53213-2653

Wells Fargo Bank, N.A. d/b/a Wells Fargo Dea
c/o Stewart, Zlimen & Jungers
2860 Patton Road
Roseville, MN 55113-1100

Aurora Medical Center
c/o Professional Placement Services, LLC
P.O. Box 612
Milwaukee, WI 53201-0612

Capitol One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

MTGLQ Investors, L.P.
c/o Selene Finance, LP
PO Box 422039
Houston, TX 77242-4239

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA 98083-0788

Seterus
P.O. Box 1077
Hartford, CT 06143-1077

Seterus, Inc.
P.O. 2008
Grand Rapids, MI 49501-2008

Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Wells Fargo Bank N.A., d/b/a Wells Fargo Dea
PO Box 19657
Irvine, CA 92623-9657

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

Wisconsin Department of Revenue
Special Processing MS4-SPU
P.O. Box 8901
Madison, WI 53708-8901

Bernard Frederick Reiks Jr.
27113 112th St.
Trevor, WI 53179-9686

James F Lisowski Sr.
Upright Law
4810 S 76th Street
Suite 203
Greenfield, WI 53220-4356

Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203-0161

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19